UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-3406-JVS (GJS) | Date | June 8, 2021 |
|---|---|---|---|
| Title | John Richard Pokras v. CDCR Victims Restitution Fund, et al. | | |

| Present: | Hon. James V. Selna, United States District Judge |
|---|---|

| Lisa Bredahl Armijo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Case Without Prejudice: JS-6

On April 28, 2021, the Court denied Plaintiff's request to proceed without prepayment of the filing fee and further ordered that: "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." [Dkt. 4, "Order."] It is now over ten days past the deadline for payment established by the Order, and Plaintiff has not paid the filing fee for this action, requested an extension of time to do so, or otherwise contacted the Court.

Accordingly, the Court ORDERS that this action be dismissed without prejudice for failure to comply with the Order and for failure to pay the filing fee.

**IT IS SO ORDERED.**

Initials of preparer ____